*Receipt # 7001   Amount $4.38* (handwritten)

# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

March 5, 2010

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614



FILED MAR - 8 2010 BANKRUPTCY COURT ROCHESTER, NY

RE: Lawrence Calmes
Case No: 08-21818
Chapter 7

Dear Sir/Madam:

Enclosed please find a check in the amount of $4.38 made payable to the U.S. Bankruptcy Court regarding the Estate of Calmes for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
| --- | --- | --- | --- |
| # 1 | Cent Service Bureau | $2,625.84 | $3.70 |
| 6 | National Fuel Gas | 485.82 | .68 |

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure